IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Borough of Honesdale, | : | |
| Appellant | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 795 C.D. 2018 |
| | : | |
| Michael C. Morris and | : | |
| Stephen G. Smith | : | |
| | | |
| Borough of Honesdale | : | |
| | : | |
| v. | : | No. 896 C.D. 2018 |
| | : | |
| Michael C. Morris | : | |
| | : | |
| Borough of Honesdale | : | |
| | : | |
| v. | : | |
| | : | |
| Stephen G. Smith | : | |
| | : | |
| Appeal of: Michael C. Morris and | : | |
| Stephen G. Smith | : | |

## **O R D E R**

NOW, December 2, 2019, having considered Designated Appellant's application for reargument, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge